# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**SK FOODS, L.P.,,,**<br><br>Debtor(s). | DISTRICT COURT CASE NUMBER:<br>2:18-CV-00390 WBS<br><br>[Bankruptcy Court Case Number: NO. 09-29162-D-11]<br>[Adversary Proceeding No. 09-02543-D] |
| **Bradley D. Sharp, et al.**<br>Appellant,<br><br>v.<br><br>**CSSS, LP**<br>Appellee. | NOTICE: ORDER TO SHOW CAUSE |

The Court is in receipt of the "Notice of Incomplete or Delayed Record to District Court Re: Adversary Proceedings" filed on March 21, 2018, and hereby ORDERS the parties to show cause in writing no later than **April 16, 2018** why this action should not be dismissed for failure to perfect the appeal. This Order to Show Cause is based upon appellant's failure to file the documents required by Rule 8006 and Rule 8007 of the Bankruptcy Rules.

Failure to timely respond to this notice may cause the matter to be dismissed.

Dated: March 26, 2018                Marianne Matherly, Clerk By:

                                    /s/ K. Kirksey Smith
                                    Courtroom Deputy Clerk

ORDER TO SHOW CAUSE