McGuireWoods LLP
Todd J. Dressel (S.B. No. 220812)
Ethan Schatz (S.B. No. 257919)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922
TDressel@mcguirewoods.com
ESchatz@mcguirewoods.com

Attorneys for Bank of Montreal, as Administrative Agent

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| In re: SK FOODS, L.P., a California limited partnership, *et al.*, *Debtors.* | |
|---|---|
| LARRY LICHTENEGGER, *Appellant,* v. BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., *Appellee.* | District Court Case Number: Case No. 2:18-cv-00390-WBS<br><br>Bankruptcy Court Case Number: Case No. 09-29162-D-11<br><br>Appeal from Adversary Proceeding Number: Adv. Pro. No. 09-02543<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON BANKRUPTCY APPEAL** |

IT IS HEREBY STIPULATED by and between the parties, Appellee Bank of Montreal, as Administrative Agent ("*BMO*"), and Appellant Larry Lichtenegger ("*Lichtenegger*", and collectively referred to herein as the "*Parties*"), by and through their respective attorneys of record as follows:

1. On July 5, 2018, the Court set an oral argument in this matter for 1:30 p.m. on August 20, 2018. Lead counsel for BMO, Todd J. Dressel, however, is unavailable due to a previously scheduled hearing on August 20, 2018, before the United States Bankruptcy Court for the District of Nevada, Las Vegas.

2. To accommodate Mr. Dressel's schedule, the Parties agree to the continuance of the currently scheduled oral argument to September 17, 2018, at 1:30 p.m. The Parties have also confirmed the availability of this hearing date with this Court's courtroom deputy.

Dated: July 5, 2018

Todd J. Dressel
MCGUIREWOODS LLP

/s/ Todd J. Dressel
Todd J. Dressel
Attorneys for Bank of Montreal,
Appellee

Dated: July 5, 2018

/s/ Larry J. Lichtenegger
Larry J. Lichtenegger, Appellant

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to continue the hearing on the appeal from August 20, 2018, at 1:30 p.m., to September 17, 2018, at 1:30 p.m.

**IT IS SO ORDERED**

Dated: July 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE